Ina Dykes, Plaintiff-Appellee, v. Benefit Association of Railway Employees, Defendant-Appellant.

Gen. No. 10,258. 

Third District.

February 18, 1960.

Released for publication March 7, 1960.

 Livingston, Barger, and Brandt, for defendant-appellant; Costigan, Wollrab, and Yoder, for plaintiff-appellee. Opinion by JUDGE ROETH. Not to be published in full.